IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAE F. WORMELY,                         )
                                        )
                    Plaintiff,          )
                                        )
        v.                              )       No.  08 C 5903
                                        )
CITY OF CHICAGO,                        )
                                        )
                    Defendant.          )

## MEMORANDUM ORDER

Mae Wormely ("Wormely") has just sued her ex-employer City of Chicago ("City") in a Title VII employment discrimination case, coupling her charge of race-based discrimination with a federal retaliation claim and a state law claim asserting a wrongful discharge.  This memorandum order is issued contemporaneously with this Court's usual initial scheduling order to address a flaw in the Complaint that may or may not prove to be curable.

Although Complaint ¶5 alleges Wormely's filing of a discrimination charge with the Illinois Department of Human Rights, the Complaint is silent as to a condition precedent to any Title VII action:  EEOC's issuance of a right-to-sue letter as to that charge.  If Wormely has in fact obtained such authorization, an appropriate brief amendment to the Complaint must be filed promptly (with a copy of the right-to-sue letter being attached as an exhibit).  If no such amendment to the Complaint has been filed on or before October 28, with a hard

copy having been delivered to this Court's chambers, this Court will be constrained to dismiss this action. If however such an amendment is properly and timely filed, Wormely's counsel will be expected to comply with the terms of the initial scheduling order.

_____
Milton I. Shadur
Senior United States District Judge

Date: October 17, 2008